29 So.3d 1176 (2010)
Anthony L. BARRETO, Appellant,
v.
STATE of Florida, Appellee.
No. 5D09-1866.
District Court of Appeal of Florida, Fifth District.
March 9, 2010.
James S. Purdy, Public Defender, and Dee Ball, Assistant Public Defender, Daytona Beach, for Appellant.
Anthony L. Barreto, Crawfordville, pro se.
Bill McCollum, Attorney General, Tallahassee, and Ann M. Phillips, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See § 924.06(3), Fla. Stat. (2008); see also Robinson v. State, 373 So.2d 898 (Fla.1979); Fla. R.App. P. 9.140(4)(b).
MONACO, C.J., EVANDER and COHEN, JJ., concur.